**Opinion issued August 1, 2017**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-17-00578-CV

_____

## IN RE JOE DUHON, Relator

---

**Original Proceeding on Petition for Writs of Mandamus and Prohibition**

---

## MEMORANDUM OPINION

Relator, Joe Duhon, filed a combined petition for: (1) a writ of mandamus seeking to compel the respondent, Justice of the Peace, Precinct 3, Grimes County, to vacate the order and abstract of judgment, both signed on April 17, 2017, and (2) a writ of prohibition, among other things, to allow relator's trial de novo to continue

in County Court in the underlying proceeding.[1]  However, this Court's mandamus jurisdiction is limited to:  (1) issuance of writs of mandamus against a district court judge or county court judge in this Court's district and (2) issuance of writs of mandamus necessary to enforce our appellate jurisdiction.  *See* TEX. GOV'T CODE ANN. § 22.221(a)–(b) (West 2004).  We lack jurisdiction to issue a writ of mandamus against a justice of the peace unless the writ is necessary to enforce our appellate jurisdiction.  *See In re Jackson*, 01-15-00822-CV, 2016 WL 269263, at *1 (Tex. App.—Houston [1st Dist.] Jan. 21, 2016, orig. proceeding) (per curiam) (mem. op.) (dismissing mandamus petition for want of jurisdiction against justice of peace) (citations omitted).  Relator's petition does not demonstrate that the relief he requests is necessary to enforce our appellate jurisdiction.  *See* TEX. GOV'T CODE ANN. § 22.221(a).

Accordingly, we **dismiss** the petition for lack of jurisdiction.

**PER CURIAM**

Panel consists of Justices Higley, Bland, and Brown.

---

[1]  The underlying case is *John Pierce v. Joe Duhon*, Cause No. 2016-01C, pending in the Justice Court, Precinct 3, Grimes County, Texas, The Honorable John LeFlore presiding.